OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** December 19, 2024    **Time:** 3:10-4:12    **Judge:** EDWARD M. CHEN
                                      1 Hour, 2 minutes

**Case No.**: 23-cv-03939-EMC    **Case Name:** Mullins v. International Brotherhood Teamsters

**Attorney for Plaintiff:** Jane Mariani
**Attorneys for Defendants:** Susan Garea, Chris Hollinger, Molly Edgar

**Deputy Clerk:** Vicky Ayala    **Court Reporter:** Stephen Franklin

PROCEEDINGS

Motions to Dismiss (In-Person)

SUMMARY

Parties stated appearances. Oral argument presented. Matters taken under submission.