1  Jane C. Mariani (SBN 313666)
   jcm@marianiadvocacy.com
2  LAW OFFICE OF JANE C. MARIANI
   587 Castro Street, #687
3  San Francisco, CA 94114
   Tel.: (415) 203-2453
4
   *Attorney for Plaintiffs*
5  THOMAS NEAL MULLINS
   JOHN R. SCHOLZ, III
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12  THOMAS NEAL MULLINS, an individual;      **CASE NO. 3:23-cv-03939-EMC**
    JOHN R. SCHOLZ, III, an individual; on
13  behalf of themselves and all others similarly   **PLAINTIFFS' LIMITED OPPOSITION**
    situated,                                 **TO DEFENDANT UNITED AIRLINES,**
14                                            **INC. AND UNITED AIRLINES**
                    Plaintiffs,               **HOLDINGS, INC. REQUEST FOR**
15                                            **LEAVE TO FILE STATEMENT OF**
         v.                                   **RECENT DECISION; [PROPOSED]**
16                                            **ORDER.**
    INTERNATIONAL BROTHERHOOD OF
17  TEAMSTERS, a labor organization;
    TEAMSTERS LOCAL 986, a labor
18  organization; UNITED AIRLINES, INC., a    Judge: Hon. Edward M. Chen
    Delaware corporation; UNITED AIRLINES
19  HOLDINGS, INC., a Delaware Corporation,

20              Defendants.

21

22

23

24

25

26

27

28

1

## PLAINTIFFS' LIMITED OPPOSITION

2          Pursuant to Civil Local Rule 7-3, Plaintiffs Thomas Neal Mullins and John R. Scholz, III

3   (collectively, "Plaintiffs") file this limited opposition in response to Defendants United Airlines,

4   Inc. and United Airlines Holdings, Inc. (collectively, "United Defendants") request for leave to

5   file supplemental authority. First, the case is an out of circuit, district court memorandum opinion

6   and thus, is not controlling in this Court or in this circuit. Second, there are precedents and orders

7   in this circuit that address the specific legal issue before the Massachusetts district court case

8   submitted to this Court by United. *See, e.g.*, <u>Stevens v. Teamsters Local 2707, Airline, Aerospace</u>

9   <u>and Allied Emps.</u>, 504 F. Supp. 332 (W.D. Wash. 1980) and <u>Wood v. Int'l. Bhd. of Teamsters, et</u>

10  <u>al.</u>, 2025 WL 89141 (Alaska 2025). Lastly, the United Defendants do not provide any explanation

11  as to why this Court should consider this non-precedential case over the orders and decisions in

12  this circuit, particularly where the requested Massachusetts district court memorandum opinion is

13  in direct conflict with those precedents in this circuit for which the issues the United Defendants

14  apparently propose the Court consider the Massachusetts case. Accordingly, Plaintiffs

15  respectfully oppose the consideration of the case offered by the United Defendants.

16  Dated:      March 11, 2025          LAW OFFICE OF JANE C. MARIANI

17                                      By:      /s/ Jane C. Mariani
                                              JANE C. MARIANI
18
                                        *Attorney for Plaintiffs,*
19                                      THOMAS NEAL MULLINS
                                        JOHN R. SCHOLZ, III
20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court, having considered Defendant United Airlines, Inc.'s and Defendant United Airlines Holdings, Inc.'s Request for Leave to File a Statement of Recent Decision, the Court hereby DENIES the request because the proffered case has no precedential value to this Court and is contrary to recognized precedents and orders in this Court.

**IT IS SO ORDERED.**

Dated: _____      _____

                                        Honorable Edward M. Chen
                                        United States Senior District Court Judge

1

## **CERTIFICATE OF ELECTRONIC SERVICE**

2        I, Jane C. Mariani, hereby certify that on March 11, 2025, I electronically transmitted the

3    attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4    Notice of electronic filing to the CM/ECF registrants for this case.

5    Dated: _____March 11, 2025_____        LAW OFFICE OF JANE C. MARIANI

6                                                By: ____/s/ Jane C. Mariani_____
                                                      JANE C. MARIANI
7
                                                *Attorney for Plaintiffs,*
8                                               THOMAS NEAL MULLINS
                                                JOHN R. SCHOLZ, III
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28